IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHARK TECH LLC d/b/a METAL SHARK ALABAMA, ) ) ) Plaintiff/Counter Defendant, ) ) vs. ) ) DEAN GAGNON, *et al.*, ) ) Defendants/Counter Claimants. ) | CIV. ACT. NO. 1:21-cv-279-TFM-M |

## JUDGMENT

In accordance with the Memorandum Opinions and Orders entered on June 21, 2023 and March 14, 2024, and with the Court's findings at the conclusion of the bench trial, it is **ORDERED, ADJUDGED, and DECREED** that the Court finds in favor of the Plaintiff/Counterclaim Defendant, Shark Tech LLC, in the amount of $139,419.57, and in favor of the Defendants/Counterclaim Plaintiffs, Dean Gagnon and Mystic Yacht Adventures, LLC, in the amount of $289,419.57. Additionally, the Court awards attorneys' fees to Plaintiff/Counterclaim Defendant in the amount of $19,436.15.

It is further **ORDERED, ADJUDGED, and DECREED** that judgment be entered in accordance with the earlier decision of the Court on the Defendants' Motion for Partial Summary Judgment (Doc. 75) in which Defendant Nicole Gagnon was dismissed as a party in this action.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 14th day of March, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE